Screeners and RWJUH Hospital

RWJUH Hospital Emergency Unit

1 Robert Wood Johnson Place

New Brunswick, NJ 08901

(732) 828-3000