IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HEON JONG YOO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN BARKER, ASMA NISSAR, | § | CASE NO. 6:22-CV-00096-JCB-KNM |
| CARRIER CLINIC PSYCHIATRISTS, | § | |
| FBI NICS AGENTS, SOMERSET | § | |
| COUNTY CLERKS, RUTGERS | | |
| UNIVERSITY POLICE DEPARTMENT, | | |
| RWJ UNIVERSITY HOSPITAL, | | |
| | | |
| *Defendants*. | | |

## ORDER

Plaintiff, proceeding *pro se*, filed the above-styled lawsuit in the Eastern District of Texas, Tyler, Division on March 15, 2022.  Plaintiff alleges that Defendants conspired to deprive him of his rights under the Second Amendment to the United States Constitution. Pursuant to 28 U.S.C. § 1391(b):

> A civil action may be brought in— (1) a judicial district in which any defendant resides, if all are residents of the State in which the district is located, (2) a judicial district in which a substantial portion of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Additionally, 28 U.S.C. § 1404(a) provides that: "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."  A district court may transfer a case upon a motion or *sua sponte*.  28 U.S.C. §§ 1404, 1406.

In this case, Plaintiff is located in Seoul, South Korea. Plaintiff asserts that Defendants are located in West Virginia and New Jersey. Plaintiff does not allege any acts or omissions occurring in the Eastern District of Texas giving rise to this lawsuit. 28 U.S.C. § 1391(b)(2). Further, the events giving rise to this lawsuit occurred in New Jersey, which lies within the jurisdictional boundaries of the United States District Court for the District of New Jersey. *Id.* As a result, a transfer to the United States District Court for the District of New Jersey is appropriate. § 1404(a). It is therefore

**ORDERED** that the above-styled lawsuit is **TRANSFERRED** to the United States District Court for the District of New Jersey. The Clerk of the Court is directed to effectuate the transfer forthwith and without delay.

So ORDERED and SIGNED this 24th day of March, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE